UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
              Petitioner, )
)
        v. )    No. 26 C 6645
)
SHARON ROBERTS, )
)
            Respondent. )

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, petitions for an order enforcing an IRS administrative summons served on respondent Sharon Roberts and alleges as follows:

1.      This action is brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service Summons issued to Sharon Roberts, in her capacity as Vice President of JSR Enterprises, Inc. The court has jurisdiction pursuant to 28 U.S.C. §§ 1340 and 1345.

3.      The respondent, Sharon Roberts, resides at 621 Sequoia Lane Flossmoor, Illinois 60422, within the jurisdiction of this court.

4.      Elise Knight is a revenue officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division, Collection Operations unit at 14479 John Humphries Drive, Orland Park, Illinois 60452, and is authorized to issue an Internal Revenue Service Summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulation

§ 301.7602-1, 26 C.F.R. § 301.7602-1.

5. Revenue Officer Knight is conducting an investigation into the collection of the Form 941 federal tax liabilities of JSR Enterprises, Inc. for the tax periods ending March 31, 2015; June 30, 2015; September 30, 2015; December 31, 2015; March 31, 2016; September 30, 2024; December 31, 2024; and March 31, 2025. A declaration from Revenue Officer Knight is attached as Exhibit A.

6. In furtherance of the above investigations and in accordance with 26 U.S.C. § 7602, Revenue Officer Knight issued on February 10, 2025, an administrative summons, Form 6637, Summons Collection Information Statement.

7. The summons required that Sharon Roberts appear at 11:00 a.m. on February 23, 2026, at the IRS office located at 14479 John Humphrey Drive, Orland Park, Illinois 60462, to provide the requested materials relating to the collection of the Form 941 federal tax liabilities of JSR Enterprises, Inc. for the tax periods ending March 31, 2015; June 30, 2015; September 30, 2015; December 31, 2015; March 31, 2016; September 30, 2024; December 31, 2024; and March 31, 2025. The summons is attached to the petition as Exhibit B.

8. In accordance with 26 U.S.C. § 7603, on February 10, 2026, Revenue Officer Knight served an attested copy of the Internal Revenue Service summons described in paragraph (6) on Sharon Roberts, by leaving a copy of the summons at Sharon Roberts's last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

9. On February 23, 2026, Sharon Roberts failed to appear in response to the summons.

10. On March 3, 2026, a "last chance letter" was sent to Sharon Roberts by certified mail from the IRS Office of Chief Counsel proposing an alternate date to comply with the

2

summons, scheduled for 11:00 a.m. on March 25, 2026, at the IRS office located in Orland Park, Illinois. A copy of the last chance letter is attached to the petition as Exhibit C.

11. On March 25, 2026, the alternate compliance date, Sharon Roberts did not appear at the IRS office located in Orland Park, Illinois.

12. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

13. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

14. No recommendation for criminal prosecution of JSR Enterprises, Inc. or Sharon Roberts has been made by the IRS to the United States Department of Justice.

15. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to properly collect the tax liabilities of JSR Enterprises, Inc. for the periods mentioned in paragraph (5).

16. Sharon Roberts's failure to comply with the summons continues to this date.

WHEREFORE, the United States requests:

a. entry of an order directing Sharon Roberts, in her capacity as Vice President of JSR Enterprises, Inc., to show cause, if any, why she should not comply with the aforementioned summons and each and every requirement thereof, by ordering complete compliance with the summons and specifically directing the summonsed party to obey the summons served upon her and ordering her attendance, and the production of books, records, papers, and other data as required by the terms of the summons before Revenue Officer Elise Knight or any other proper agent of the Internal Revenue Service at such time and place as may be fixed by the Court;

3

b.       entry of an order directing respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called by the terms of the summons before Revenue Officer Elise Knight or any other proper agent of the Internal Revenue Service;

c.       an award of the United States costs; and

d.       such other and further relief as the court deems just and proper.

Respectfully Submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Chase T. Beerbower
CHASE T. BEERBOWER
Special Assistant United States Attorney
230 S. Dearborn Street, STOP 1603 CHI
Chicago, Illinois 60604-1505
(312) 292-2106
chase.t.beerbower@irscounsel.treas.gov

4

# Exhibit A

## DECLARATION

Elise Knight declares:

1.  I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Collections unit of the Internal Revenue Service at 14479 John Humphrey Drive, Orland Park, Illinois 60462.

2.  In my capacity as a Revenue Officer, I am conducting an investigation into the collection of the Form 941 federal tax liabilities of JSR Enterprises, Inc. for the tax periods ending March 31, 2015; June 30, 2015; September 30, 2015; December 31, 2015; March 31, 2016; September 30, 2024; December 31, 2024; and March 31, 2025.

3.  In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on February 10, 2026, an administrative summons, Form 6637, Summons Collections Information Statement, to Sharon Roberts, in her capacity as Vice President of JSR Enterprises, Inc.

4.  The summons required that Sharon Roberts appear at 11:00 a.m. on February 23, 2026, at the IRS office located at 14479 John Humphrey Drive, Orland Park, Illinois 60462, to provide the requested materials relating to the collection of the Form 941 federal tax liabilities of JSR Enterprises, Inc. for the tax periods ending March 31, 2015; June 30, 2015; September 30, 2015; December 31, 2015; March 31, 2016; September 30, 2024; December 31, 2024; and March 31, 2025. The summons is attached to the petition as Exhibit B.

5.  In accordance with section 7603 of Title 26, U.S.C., on February 10, 2026, I served attested copies of the Internal Revenue Service summons described in paragraph (3) above on Sharon Roberts, by leaving a copy of the summons at her last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons. Sharon Roberts's last

1

known address per the Internal Revenue Service's records is 621 Sequoia Lane, Flossmoor, IL 60422.

6.     On February 23, 2026, Sharon Roberts failed to appear in response to the summons.

7.     On March 3, 2026, a "last chance letter" was sent to Sharon Roberts by certified mail from the IRS Office of Chief Counsel proposing an alternate date to comply with the summons, scheduled for 11:00 a.m. on March 25, 2026, at the IRS office located in Orland Park, Illinois. The last chance letter is attached to the petition as Exhibit C.

8.     On March 25, 2026, the alternate compliance date, Sharon Roberts did not appear at the IRS office located in Orland Park, Illinois.

9.     The books, papers, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

10.     All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

11.     As of the date of that the summons was issued and served, and as of the date I signed this declaration, no recommendation for criminal prosecution of JSR Enterprises, Inc. or Sharon Roberts has been made by the IRS to the United States Department of Justice.

12.     It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to aid in collection of the Form 941 federal tax liabilities of JSR Enterprises, Inc. for the tax periods ending March 31, 2015; June 30, 2015; September 30, 2015; December 31, 2015; March 31, 2016; September 30, 2024; December 31, 2024; and March 31, 2025.

2

13. Sharon Roberts's failure to comply with the summons continues to the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  29th  day of  May_____ , 2026.

*Elise Knight*

_____

Elise Knight, Revenue Officer

3

# Exhibit B

# Summons
# Collection Information Statement

**In the matter of** JSR ENTERPRISES INC, 4931 173RD ST STE D, COUNTRY CLUB HILLS, IL 60478

**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* Small Business / Self Employed

**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

### The Commissioner of Internal Revenue

**To:** SHARON ROBERTS, PRESIDENT, JSR ENTERPRISES INC.

**At:** 621 SEQUOIA LN, FLOSSMOOR, IL 60422

You are hereby summoned and required to appear before E. KNIGHT, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2025 To 12/31/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**
14479 JOHN HUMPHREY DR., ORLAND PARK, IL 60462 (708) 645-5109

**Place and time for appearance: At** 14479 JOHN HUMPHREY DR., ORLAND PARK, IL 60462

on the 23rd day of February , 2026 at 11:00 o'clock a m.

**Issued under authority of the Internal Revenue Code this 10th day of February , 2026**

| Signature of issuing officer | Title |
|---|---|
| E. KNIGHT  *E. Knight* | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

Form **6637** (Rev. 6-2020)   Catalog Number 25000Q   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**
**Original** -- to be kept by IRS

# Certificate of Service of Summons
**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 02/10/2026 | 1:32 pm |

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|---|---|
| *Elise Knight* | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| *Elise Knight* | Revenue Officer |

Form **6637** (Rev. 6-2020)  Catalog No. 25000Q  publish.no.irs.gov  Department of the Treasury – **Internal Revenue Service**

**Attachment 1 to Summons Form 6637**

In the matter of  **JSR ENTERPRISES INC**

Period information:  Form 941 for the quarterly periods ending March 31, 2015, June 30, 2015, September 30, 2015, December 31, 2015, March 31, 2016, September 30, 2024, December 31, 2024 and March 31, 2025

# Exhibit C



**OFFICE OF THE CHIEF COUNSEL**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
LITIGATION & ADVISORY
230 S. DEARBORN STREET, STOP 1603 CHI
CHICAGO, ILLINOIS 60604-1505
(312) 292-2106
EFAX: (855) 630-3811

March 3, 2026

CC:LA:4:CHI:1:CBeerbower

**Via Certified Mail, Regular Mail**

Sharon Roberts
621 Sequoia Lane
Flossmoor, IL 60422

Sharon Roberts
Vice President, JSR Enterprises, Inc.
P.O. Box 146
Matteson, IL 60443

Dear Sharon Roberts,

Revenue Officer Elise Knight of the Small Business/Self-Employed Central Area Collection Operations of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on February 10, 2026. Under the terms of the summons, you were required to appear before Revenue Officer Knight on February 23, 2026, and provide all summonsed information.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

Name: Elise Knight
Date: March 25, 2026
Time: 11:00 AM
Address: 14479 John Humphrey Drive, Orland Park IL 60462

All books, records, or other documents called for in the summons should be produced at the appointed time. If you have any questions, please contact Revenue Officer Knight at (708) 645-5109.

Sincerely,

*Chase T. Beerbower*

Chase Beerbower
Attorney
(Litigation & Advisory)

cc: Revenue Officer Elise Knight (via secure email)

Certified Mailing Solutions, Inc. ETC® - Electronic Tracking & Confirmation®

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

Pg. 1 of 2

## ERR® - ELECTRONIC RETURN RECEIPT™   Ser.# 871337.105 / 3,600,075

1. Article Addressed to:

**Sharon Roberts**
**621 Sequoia Lane**
**Flossmoor IL 60422**

*Delivery Confirmation*

Your item has been marked as DELIVERED LEFT WITH INDIVIDUAL on March 6, 2026 at 1:47PM in FLOSSMOOR,IL 60422.

3. Service Type

[X] Certified Mail          [ ] Express Mail
[ ] Restricted Delivery     [ ] Return Receipt
[ ] Insured Mail            [ ] C. O. D.

2. Article Number          **9307 1001 1300 0196 0628 09**

CMSI Form 8533, March 2009

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.**The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above. For additional information contact, **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

Certified Mailing Solutions, Inc. ETC® - Electronic Tracking & Confirmation®

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

# ELECTRONIC TRACKING INFORMATION
## 9307 1001 1300 0196 0628 09

Pg. 2 of 2

**USPS Electronic Tracking and Delivery Confirmation Information**

```
Your item has been marked as DELIVERED LEFT WITH INDIVIDUAL on March  6, 2026 at
1:47PM in FLOSSMOOR,IL 60422.
Arrived at PO 60499--CAROLINA--919--03/04/2026 22:25:45
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  4, 2026 at
10:25PM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  4, 2026 at
12:27PM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  4, 2026 at
 8:06AM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  3, 2026 at
 9:29PM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Arrived at PO 60499--ROANOKE--918--03/04/2026 12:27:08
Arrived at PO 60499--PONTIAC--893--03/04/2026 08:06:35
Arrived at PO 60499----004--03/03/2026 21:29:35
WAITING FOR USPS SCAN
```

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.**The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above. For additional information contact, **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

Page 19 of 1

## CMSI/PS FORM 3877

### Envelope 6X9

CC:LA:4:CHI:1:CBeerbower
Office of Chief Counsel | IRS
STOP 1603 CHI
230 S. Dearborn St
Chicago IL 60604

CMSI Manifest

| | |
|---|---|
| Date: | 3/03/2026 |
| Time: | 1:18PM |
| Number: | 2158287 |

| Article No. | Addressee Name Delivery Address | Wt. oz. | Zip/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 9307100113000196062809 SEQ#00000001 | Sharon Roberts 621 Sequoia Lane Flossmoor IL 60422 | 1.00 | | 1C | 5.30 | 0.00 | 0.00 | 0.740 | 6.04 |

| | Pieces | Postage | Certified | Return Reciept | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| Page Totals | 1 | 0.740 | 5.30 | 0.00 | 0.00 | 6.04 |

### USPS CERTIFICATION

Total Number of Received:        1

Signature of USPS Receiving Employee

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2026 all rights reserved)

Note: Postage weight is calculated to the next whole ounce.

Place Round Stamp Here

Certified Mailing Solutions, Inc. ETC® - Electronic Tracking & Confirmation®

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

Pg. 1 of 2

## ERR® - ELECTRONIC RETURN RECEIPT™  Ser.# 871337.105 / 3,600,075

1. Article Addressed to:

**Sharon Roberts, Vice President**
**JSR Enterprises, Inc.**
**P.O. Box 146**
**Matteson IL 60443**

*Delivery Confirmation*

Your item has been marked as DELIVERED INDIVIDUAL PICKED UP AT PO on March 5, 2026 at 11:10AM in MATTESON,IL 60443.

3. Service Type

[X] Certified Mail    [ ] Express Mail
[ ] Restricted Delivery    [ ] Return Receipt
[ ] Insured Mail    [ ] C. O. D.

2. Article Number    **9307 1001 1300 0196 0628 78**

CMSI Form 8533, March 2009

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.** The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above. For additional information contact, **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

# ELECTRONIC TRACKING INFORMATION
## 9307 1001 1300 0196 0628 78

Pg. 2 of 2

| USPS Electronic Tracking and Delivery Confirmation Information |
|---|

Your item has been marked as DELIVERED INDIVIDUAL PICKED UP AT PO on March  5, 2026 at 11:10AM in MATTESON,IL 60443.
Your item has been marked as AVAILABLE FOR PICKUP on March  5, 2026 at 10:38AM in MATTESON,IL 60443.
Your item has been marked as ARRIVAL AT UNIT on March  5, 2026 at 10:37AM in MATTESON,IL 60443.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  4, 2026 at  8:09PM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  4, 2026 at 12:26PM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  4, 2026 at  8:08AM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on March  3, 2026 at  9:42PM in BEDFORD PARK IL DISTRIBUTION CE 60499.
Arrived at PO 60499----919--03/04/2026 20:09:30
Arrived at PO 60499----918--03/04/2026 12:26:28
Arrived at PO 60499----893--03/04/2026 08:08:38
Arrived at PO 60499--COLORADO SPGS--004--03/03/2026 21:42:14
WAITING FOR USPS SCAN

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.**The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above. For additional information contact, **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

CMSI/PS FORM 3877

Envelope 6X9

Andrea Liszka
Office of Chief Counsel | IRS
STOP 1603 CHI
230 S. Dearborn St
Chicago IL 60604

**CMSI Manifest**

| | |
|---|---|
| Date: | 3/03/2026 |
| Time: | 1:20PM |
| Number: | 2158294 |

| Article No. | Addressee Name / Delivery Address | Wt. oz. | Zip/ Zone | Class/ Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 9307100113000196062878 SEQ#00000001 | Sharon Roberts, Vice President<br>JSR Enterprises, Inc.<br>P.O. Box 146<br>Matteson IL 60443 | 1.00 | | 1C | 5.30 | 0.00 | 0.00 | 0.740 | 6.04 |

| | Pieces | Postage | Certified | Return Reciept | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| Page Totals | 1 | 0.740 | 5.30 | 0.00 | 0.00 | 6.04 |

**USPS CERTIFICATION**

Total Number of Received: 1

Signature of USPS Receiving Employee

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. **Copyright 2001-2026 all rights reserved)**

Note: Postage weight is calculated to the next whole ounce.

**Place Round Stamp Here**